# EXHIBIT E

## US9324096B2 – Claim 5 as applied to Emotion Research Lab

| | |
|---|---|
| A **computer-implemented system** comprising:<br>a **portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;**<br><br>a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;<br><br>a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and<br><br>an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information. | **Emotion Research Lab App is now available for Android!** The emotional software company has today with its **new mobile app** to measure emotions. In this way, facial emotions recognition is becoming closer to you to meet your needs.<br><br>Emotion Research Lab has developed an Android application where you can view your projects. **Now you can use both your computer and your mobile to know what your clients feel!** Emotions are more fashionable than ever and now that everything is done from a smartphone, Emotion Research Lab could not ignore it. Development of the emotion measurement Android's application represents growth and longing of ERL for continuing to expand and develop and thus satisfy current needs of the neuromarketing and neuropolitics sectors.<br><br>Source: https://emotionresearchlab.com/blog/emotion-research-lab-app-available/<br><br>    <br>Available platforms<br><br>Source: https://emotionresearchlab.com/developers/ |

**Analyst Note:** Emotion Research Lab enables to analyze a wide range of emotional responses to marketing content. Evidence shows that Emotion Research Lab is available for both computers and phones (portable device).

## US9324096B2 – Claim 5 as applied to Emotion Research Lab

A **computer-implemented system** comprising:
a **portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;**

a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;

a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and

an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information.



Source: https://emotionresearchlab.com/blog/emotion-research-lab-app-available/



Source: https://youtu.be/eP6sW2-Hwdg?t=24

**Analyst Note:** Evidence further shows that 'EmotionLab' an Emotion Research Lab's software application running on portable devices (tablet and laptop). Emotion Research Lab uses a simple webcam to capture the facial expressions of a person showing different emotions. Screenshot from the video shows the facial expressions or emotions of the person or information recipient present in front of the webcam. Emotion Research Lab can capture data/ emotions of multiple persons and at different locations.

## US9324096B2 – Claim 5 as applied to Emotion Research Lab

| | |
|---|---|
| A computer-implemented system comprising:<br>a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>**a biometric sensor** in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;<br><br>a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and<br><br>an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information. | <br><br>Source: https://youtu.be/CGYiXF7NwAY?t=21<br><br>Specialist company in measuring emotions in real time introduced at 4YFN of Mobile World Congress, its app Weather & Emotions.<br><br>This software, integrable in any medium located in a real environment, measures the actual experience of citizens with regard to their emotional behavior related to climate change.<br><br>**This collected information of emotions is recorded in the online platform instant access developed by Emotion Research Lab. The technology of facial coding allows a simple webcam measure emotional reaction and anticipate human behavior to apply that knowledge in decision making**<br><br>Source: https://emotionresearchlab.com/blog/weather-and-emotions/ |

**Analyst Note:** Evidences indicate that Emotion Research Lab measures the facial expressions of the person (information recipient) with the help of the webcam. Webcam identifies the human face and then with the help of facial coding algorithm measures or identifies the facial expressions or emotions (physiological data).

| US9324096B2 – Claim 5 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising: a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>**a biometric sensor** in, on or near the information recipient useful in **identifying a physiological state or identifying a change in the physiological state of the information recipient;**<br><br>a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and<br><br>an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information. | EYE-TRACKING<br>The tracking and categorization of eye movements can identify which parts of a screen are grabbing the most visual attention on the subject.<br>**Our technology allows an eye tracking without the need for specialized external hardware. With a simple webcam** and a previous calibration, we are able to perform an ocular detection with high percentages of success offering greater ocular information associated with emotions. |
| | Source: https://emotionresearchlab.com/developers/ |
| | **Emotion detection**<br>Identify whether the **customer response is positive or negative and what type of reaction they show (happiness, surprise, anger, disgust, fear and sadness)**<br><br>**Emotional metrics**<br>We measure **4 emotional metrics which are: satisfaction, activation, engagement and experience**<br><br>**Moods**<br>They are a stable emotional attitude, lasting and prolonged over time. **There are 8 main moods: exuberant, dependent, relaxed, docile, hostile, anxious, disdainful and bored**<br><br>**Secondary emotions**<br>It is calculated taking the highest percentage of the two strongest primary emotions at a specific moment. **101 emotions are obtained** |
| | Source: https://emotionresearchlab.com/developers/ |
| **Analyst Note:** Evidence illustrates that webcam detects the emotions, moods and secondary emotions. ||

| US9324096B2 – Claim 5 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising:<br>a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;<br><br>**a database for storing information of or about the information recipient,** **the stored information comprising the identified physiological state or the identified change in the physiological state information,** **and at least one non-physiological state information; and**<br><br>an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information. | In this event conditional advertising technology, developed by Emotion Research Lab, Deloitte filed its customers, was presented. At the same event , doubts about data protection were resolved, which is the main concern of the companies when they try to investigate the consumer making recordings on their behavior at the point of sale. This challenge is solved from the time when at the establishment there are signs warning visitors that they may be being recorded and, also, **Emotion Research LAB technology does not save the contents of recordings** but it keeps statistics for further analysis. This technology collects consumer data **such as** age, gender, color of clothing and emotional state, as well as individualized emotions. |
| | Source: https://emotionresearchlab.com/blog/annual-meeting-bcd-the-leadership-jouney/ |
| **Analyst Note:** Evidences illustrate that Emotion Research Lab saves customer statistics which is used further by the company. It collects certain information related to the customers. The information collected by the company includes emotional content (physiological data), age and gender of the consumer (non-physiological data), which can be later used in marketing campaigns. ||

## US9324096B2 – Claim 5 as applied to Emotion Research Lab

A computer-implemented system comprising:
a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;

a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;

a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and

**an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period**, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information.



Source: https://youtu.be/5sc7_dseGqs?t=54



Source: https://youtu.be/CGYiXF7NwAY?t=38

**Analyst Note:** Evidence indicates that emotional state, moods and non-physiological data (age, gender) are read and analyzed. Relevant Ads based on these customer characteristics are shown.

## US9324096B2 – Claim 5 as applied to Emotion Research Lab

| | |
|---|---|
| A computer-implemented system comprising:<br>a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;<br><br>a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and<br><br>**an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period**, wherein the information element is selected based on the at least one non-physiological state information and the identified physiological state or the identified physiological change information. | **Ads & Emotions allows you to predict what is the emotional impact of an advertising campaign in the audience through the technology of facial recognition of emotions. The software allows to know the levels of emotional activation, the engagement generated or the relevance, understood as an emotional memory of a video advertising, to know their strengths and weaknesses regarding their target audiences.**<br><br>**Ads and emotions also have the online platform where the emotional evolution of the sample is set in motion, before the advertising stimulus. It is reflected in the 6 main emotions, 5 emotional metrics and 8 types of moods.**<br><br>**GLOBAL EMOTIONAL IMPACT**<br><br>• **Mood generated by the stimulus.**<br>• **Levels of activation, engagement and satisfaction which generates the stimulus.**<br>• **Degree of emotional recall generated through of the calculation of relevance.**<br>• **Comparison of impact generated by various advertising videos about the sample.**<br><br>**CONTENT ANALYSIS**<br><br>• **Identification of the strong points of the announcement that generate greater satisfaction and engagement.**<br>• **Identification of rejection points generated for the stimulus.**<br>• **Analysis of the emotional impact of the stimulus in various segments of the sample (gender, age and others).**<br><br>Source: https://emotionresearchlab.com/use-cases/ads-emotions/ |

**Analyst Note:** Evidence shows that real-time facial expressions, age, gender, time, emotional state (physiological And non-physiological state) of the customers are detected and the contents of the marketing are modified according to the detected customer behaviour.

| US9324096B2 – Claim 5 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising:<br>a portable device for providing information for use in identifying a presence of an information recipient at a pre-determined location, space, or area during a pre-determined time period;<br><br>a biometric sensor in, on or near the information recipient useful in identifying a physiological state or identifying a change in the physiological state of the information recipient;<br><br>a database for storing information of or about the information recipient, the stored information comprising the identified physiological state or the identified change in the physiological state information, and at least one non-physiological state information; and<br><br>**an information content generator for generating at least one information element for communication to the information recipient at a time during the pre-determined time period**, **wherein the information element is selected based on the at least one non-physiological state information** **and the identified physiological state or the identified physiological change information.** |  |
| | Source: https://youtu.be/CGYiXF7NwAY?t=23 |
| **Analyst Note:** Evidence shows the detected physiological (emotions- surprise, anger, fear, sadness and disgust) and non-physiological data (gender, age, colour of clothes) of the consumer (information recipient) according to which relevant advertisements are displayed. ||