# EXHIBIT F

## US9672535B2 – Claim 11 as applied to Emotion Research Lab

| | |
|---|---|
| **A computer-implemented system comprising:** **a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;** a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device; a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | **Emotion Research Lab App is now available for Android!** The emotional software company has today with its **new mobile app** to measure emotions. In this way, facial emotions recognition is becoming closer to you to meet your needs. Emotion Research Lab has developed an Android application where you can view your projects. **Now you can use both your computer and your mobile to know what your clients feel!** Emotions are more fashionable than ever and now that everything is done from a smartphone, Emotion Research Lab could not ignore it. Development of the emotion measurement Android's application represents growth and longing of ERL for continuing to expand and develop and thus satisfy current needs of the neuromarketing and neuropolitics sectors. Source: https://emotionresearchlab.com/blog/emotion-research-lab-app-available/  Source: https://emotionresearchlab.com/blog/emotion-research-lab-app-available/ |

**Analyst Note:** Emotion Research Lab software captures emotional responses of viewers. Evidence shows that Emotion Research Lab's software application is available for both the computers and phones (portable device).

## US9672535B2 – Claim 11 as applied to Emotion Research Lab

| | |
|---|---|
| **A computer-implemented system** comprising:<br>**a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;**<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | <br><br>Source: https://youtu.be/CGYiXF7NwAY?t=21<br><br>Specialist company in measuring emotions in real time introduced at 4YFN of Mobile World Congress, its app Weather & Emotions.<br><br>This software, integrable in any medium located in a real environment, measures the actual experience of citizens with regard to their emotional behavior related to climate change.<br><br>**This collected information of emotions is recorded in the online platform instant access developed by Emotion Research Lab. The technology of facial coding allows a simple webcam measure emotional reaction and anticipate human behavior to apply that knowledge in decision making**<br><br>Source: https://emotionresearchlab.com/blog/weather-and-emotions/ |

**Analyst Note:** Emotion Research Lab uses a simple webcam to capture the facial expressions of a person. Screenshot from the video shows the facial expressions or emotions of the person or information recipient is captured using a webcam. Emotion Research Lab can capture data/ emotions of multiple persons and different locations.

## US9672535B2 – Claim 11 as applied to Emotion Research Lab

| | |
|---|---|
| A **computer-implemented system** comprising:<br>a **sensor** for **measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;**<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | <br><br>Source: https://youtu.be/eP6sW2-Hwdg?t=24<br><br>**Emotion detection**<br>Identify whether the **customer response is positive or negative and what type of reaction they show (happiness, surprise, anger, disgust, fear and sadness)**<br>**Emotional metrics**<br>We measure **4 emotional metrics which are: satisfaction, activation, engagement and experience**<br>**Moods**<br>They are a stable emotional attitude, lasting and prolonged over time. **There are 8 main moods: exuberant, dependent, relaxed, docile, hostile, anxious, disdainful and bored**<br>**Secondary emotions**<br>It is calculated taking the highest percentage of the two strongest primary emotions at a specific moment. **101 emotions are obtained**<br><br>Source: https://emotionresearchlab.com/developers/ |

**Analyst Note:** Evidences indicate that Emotion Research Lab measures the facial expressions of the person (information recipient) with the help of the webcam. Webcam identifies the human face and then with the help of facial coding algorithm measures or identifies the facial expressions or emotions (physiological data). Screenshot shows different emotions detected while the viewer is watching an advertisement.

| US9672535B2 – Claim 11 as applied to Emotion Research Lab ||
|---|---|
| A **computer-implemented system** comprising:<br>a **sensor** for **measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;**<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | **This Privacy Policy establishes the terms in which Emotion Research LAB uses and protects the information that is provided by its users when using your website.** The company is committed to the security of its users' data. **When we ask you to fill in the fields of personal information with which you can be identified, we do so by ensuring that it will only be used in accordance with the terms of this document.**<br><br>Source: https://emotionresearchlab.com/privacy-policy/ |
| **Analyst Note:** Evidence illustrates that while using the Emotion Research Lab software, user need to fill in the personal information through which the user can be identified. ||

| US9672535B2 – Claim 11 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>**a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;**<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | **Ads & Emotions allows you to predict what is the emotional impact of an advertising campaign in the audience through the technology of facial recognition of emotions.** The software allows to know the levels of emotional activation, the engagement generated or the relevance, understood as an emotional memory of a video advertising, to know their strengths and weaknesses regarding their target audiences.<br><br>Ads and emotions also have the online platform where the emotional evolution of the sample is set in motion, before the advertising stimulus. It is reflected in the 6 main emotions, 5 emotional metrics and 8 types of moods.<br><br>Source: https://emotionresearchlab.com/use-cases/ads-emotions/<br><br>**It is very important to know the behavior of the customer. This will allow us to always offer a better service, adapted to their needs and demands.** Today we no longer offer a product univocal and we try to attract the attention of potential consumers. The retail sector seeks to maximize the customer experience and to be the one that defines the product. By picking up your tastes and preferences we can, not only, redesign our good, but also our strategy.<br><br>**Implementing neuroscientific techniques, we get to know the true insights of the consumer. Using facial recognition, we can know the emotions of an individual about our product.** Emotion mood LAB software captures the emotions of any individual about a product. Being in real time, we can immediately know what the preferences are of customers.<br><br>Source: https://emotionresearchlab.com/blog/shopping-experience-in-real-time/ |
| **Analyst Note:** Evidences illustrate that Emotion Research Lab tracks the behaviour (emotions OR facial expressions) of the viewers or customers while watching an ad, reviewing a product, playing a game or driving any vehicle. ||

| US9672535B2 – Claim 11 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>**a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;**<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | In this event conditional advertising technology, developed by Emotion Research Lab, Deloitte filed its customers, was presented. At the same event , doubts about data protection were resolved, which is the main concern of the companies when they try to investigate the consumer making recordings on their behavior at the point of sale. This challenge is solved from the time when at the establishment there are signs warning visitors that they may be being recorded and, also, **Emotion Research LAB technology does not save the contents of recordings but it keeps statistics for further analysis. This technology collects consumer data such as age, gender, color of clothing and emotional state, as well as individualized emotions.**<br><br>Source: https://emotionresearchlab.com/blog/annual-meeting-bcd-the-leadership-jouney/ |
| **Analyst Note:** Evidences illustrate that Emotion Research Lab saves the data collected through different customer while the customer or viewer is engaged in certain activity. The information collected includes emotional content (physiological data), age and gender, location of the consumer (non-physiological data), which can be later used in marketing campaigns. Evidence shows that Emotion Research Lab collects consumer data and save it for further analysis. ||

### US9672535B2 – Claim 11 as applied to Emotion Research Lab

| | | |
|---|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>**a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and**<br><br>a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | <br><br> | Source: https://youtu.be/5sc7_dseGqs?t=54<br><br><br><br>Source: https://youtu.be/CGYiXF7NwAY?t=38 |

**Analyst Note:** Evidence indicates that emotional state, expressions and non-physiological data (age, gender) are read and analyzed. Relevant Ads based on these customer characteristics are shown to the customer and their behaviour is tracked using Emotion Lab software running on TV or laptop (information elements).

| US9672535B2 – Claim 11 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>**a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state**, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | <br>Source: https://youtu.be/eP6sW2-Hwdg?t=25<br><br>**Ads & Emotions allows you to predict what is the emotional impact of an advertising campaign in the audience through the technology of facial recognition of emotions. The software allows to know the levels of emotional activation, the engagement generated or the relevance, understood as an emotional memory of a video advertising, to know their strengths and weaknesses regarding their target audiences.**<br><br>**Ads and emotions also have the online platform where the emotional evolution of the sample is set in motion, before the advertising stimulus. It is reflected in the 6 main emotions, 5 emotional metrics and 8 types of moods.**<br><br>Source: https://emotionresearchlab.com/use-cases/ads-emotions/ |
| **Analyst Note:** Evidence shows that real-time facial expressions, age, gender, time, emotional state (physiological And non-physiological state) of the customers are detected and the contents of the marketing are modified according to the detected customer behaviour. Screenshot shows software running on the laptop that can detect different emotions of the individual. ||

| US9672535B2 – Claim 11 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>**a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state**, **and at least one non-physiological state characteristic information of the one or more information recipients**, **and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients.** | <br><br>Source: https://youtu.be/CGYiXF7NwAY?t=23<br><br>**This Privacy Policy establishes the terms in which Emotion Research LAB uses and protects the information that is provided by its users when using your website.** The company is committed to the security of its users' data. **When we ask you to fill in the fields of personal information with which you can be identified**, we do so by ensuring that it will only be used in accordance with the terms of this document.<br><br>Source: https://emotionresearchlab.com/privacy-policy/ |
| **Analyst Note:** Evidence shows the detected physiological (emotions- surprise, anger, fear, sadness and disgust) and non-physiological data (gender, age) of the consumer (information recipient) according to which relevant advertisements are displayed. ||

| US9672535B2 – Claim 11 as applied to Emotion Research Lab ||
|---|---|
| A computer-implemented system comprising:<br>a sensor for measuring a physiological state of, or obtaining information useful in determining an identity of, one or more information recipients in or at a location, space, or area and at or during a pre-determined time or time period;<br><br>a plurality of information elements each comprising one or more content, the plurality of information elements adapted to being stored in a database or on a computing device;<br><br>a broadcast device for outputting any one of or all of the one or more content of the one or more of the plurality of information elements; and<br><br>**a software code adapted to running on the computing device for receiving the information useful in determining the identity of the one or more information recipients, the measured physiological state, an information about the physiological state**, and at least one non-physiological state characteristic information of the one or more information recipients, and for selecting the one or more of the plurality of information elements for outputting to the one or more information recipients. | **Ads & Emotions allows you to predict what is the emotional impact of an advertising campaign in the audience through the technology of facial recognition of emotions. The software allows to know the levels of emotional activation, the engagement generated or the relevance, understood as an emotional memory of a video advertising, to know their strengths and weaknesses regarding their target audiences.**<br><br>Ads and emotions also have the online platform where the emotional evolution of the sample is set in motion, before the advertising stimulus. It is reflected in the 6 main emotions, 5 emotional metrics and 8 types of moods.<br><br>Source: https://emotionresearchlab.com/use-cases/ads-emotions/<br><br>**It is very important to know the behavior of the customer. This will allow us to always offer a better service, adapted to their needs and demands**. Today we no longer offer a product univocal and we try to attract the attention of potential consumers. The retail sector seeks to maximize the customer experience and to be the one that defines the product. By picking up your tastes and preferences we can, not only, redesign our good, but also our strategy.<br>**Implementing neuroscientific techniques, we get to know the true insights of the consumer. Using facial recognition, we can know the emotions of an individual about our product. Emotion mood LAB software captures the emotions of any individual about a product**. Being in real time, we can immediately know what the preferences are of customers.<br><br>Source: https://emotionresearchlab.com/blog/shopping-experience-in-real-time/ |
| **Analyst Note:** Evidence shows the detected physiological (emotions- surprise, anger, fear, sadness and disgust) and non-physiological data (gender, age) of the consumer (information recipient) according to which relevant advertisement or content (information elements) is displayed. ||