AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00745.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P.4(l))*

This summons & complaint for *(name of individual and title, if any)* **Uniphore Technologies Inc.** was received by me on **6/8/2022**.

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ at _____, and mailed a copy to the individual's last known address; or

[ **X** ] I served the summons & complaint on *(name of individual)*  **Lynanne Gares, litigation management services leader**, at **c/o Corporation Service Co., 251 Little Falls Drive, Wilmington, DE 19808**, who is designated by law to accept service of process on behalf of *(name of organization)* **Uniphore Technologies Inc.**, on *(date)* **6/9/2022** at **8:59 a.m.**; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that is information is true.

Date: **6/9/2022**

_____
Server's signature

**Thomas J. Cobourn**, Special Process Server

O'Rourke Investigative Associates, Inc.
1225 North King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

Additional information regarding attempted service, etc: