IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COMSYS SOLUTIONS LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNIPHORE TECHNOLOGIES INC. ) <br> ) <br> Defendants. ) | C.A. No. 22-745-RGA |

## STIPULATION AND PROPOSED ORDER

IT IS HEREBY STIPULATED by the parties to this action, subject to the approval of the Court, that Defendant Uniphore Technologies Inc.'s time in which to move, plead or otherwise respond to the Complaint is extended until August 1, 2022.

/s/ Jimmy Chong
Jimmy Chong (No. 4839)
CHONG LAW FIRM PA
2961 Centerville Road, Suite 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com
*Attorneys for Plaintiff*

/s/ Andrew E. Russell
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market St.
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant*

Dated: June 23, 2022

SO ORDERED this _____ day of_____, 2022.

_____
United States District Judge