IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMSYS SOLUTIONS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-745-RGA |
| | ) | |
| UNIPHORE TECHNOLOGIES INC. | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT OF
DEFENDANT UNIPHORE TECHNOLOGIES INC.**

Under Federal Rule of Civil Procedure 7.1, defendant Uniphore Technologies Inc. states

that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant Uniphore
Technologies Inc.*

OF COUNSEL:
Matthew S. Warren
Erika Warren
Francesca M.S. Germinario
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
(415) 895-2940

Dated: August 1, 2022