**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| COMSYS SOLUTIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22-745-RGA |
| | ) | |
| UNIPHORE TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**RULE 12(C) MOTION FOR JUDGMENT ON THE**
**PLEADINGS BY UNIPHORE TECHNOLOGIES INC.**

Under Rule 12(c) of the Federal Rules of Civil Procedure, defendant Uniphore

Technologies Inc. respectfully requests that the Court find the claims of U.S. Patent Nos.

9,324,096 and 9,672,535 are ineligible for patenting under 35 U.S.C. § 101, and enter judgment

on the pleadings for defendant Uniphore Technologies Inc. on all counts of the complaint.

Uniphore has set forth the grounds for this motion in its concurrently filed Opening Brief in

Support of the Rule 12(c) Motion for Judgment on the Pleadings.

/s/ Andrew E. Russell
_____
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Buildi
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendant Uniphore*
*Technologies Inc.*

OF COUNSEL:
Matthew S. Warren
Erika Warren
Francesca M.S. Germinario
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
(415) 895

Dated: August 1, 2022