**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COMSYS SOLUTIONS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-745-RGA |
| | ) |
| UNIPHORE TECHNOLOGIES INC., | ) |
| | ) |
| Defendant. | ) |

**PROPOSED ORDER GRANTING RULE 12(C) MOTION**
**FOR JUDGMENT ON THE PLEADINGS BY UNIPHORE TECHNOLOGIES INC.**

At Wilmington this _____ day of _____, 2022, having considered defendant Uniphore Technologies Inc.'s Motion for Judgment on the Pleadings, and all papers and argument submitted in connection therewith;

IT IS HEREBY ORDERED that the motion is GRANTED as follows:

1. Claims of U.S. Patent Nos. 9,324,096 and 9,672,535 are ineligible for patenting under 35 U.S.C. § 101; and

2. Judgment is entered for defendant Uniphore Technologies Inc. on all counts of the complaint.

_____
United States District Judge