**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **COMSYS SOLUTIONS LLC,**<br><br>            Plaintiff,<br><br>       v.<br><br>**UNIPHORE TECHNOLOGIES INC.,**<br><br>            Defendant. | Civil Action No.: 1:22-cv-00745-RGA<br><br>**TRIAL BY JURY DEMANDED** |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff Comsys Solutions LLC ("Plaintiff") and Defendant Uniphore Technologies Inc. ("Defendant"), subject to the approval of the Court, that Plaintiff's time to respond to Defendant's Rule 12(c) Motion for Judgment on the Pleadings shall be extended by ten (10) days, up to and including August 25, 2022.

The reason for the requested extension is to allow the parties time to further discuss the possible resolution of this matter. No party will be prejudiced by this extension.

Dated: August 15, 2022

Of counsel:

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: Howard.Wernow@sswip.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF

SHAW KELLER LLP

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
I.M. Pei Buildi
1105 North Market Street – 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 298-0700
Email: kkeller@shawkeller.com
Email: arussell@shawkeller.com

Matthew S. Warren (*Pro hac vice*)
Erika Warren (*Pro hac vice*)
Francesca M.S. Germinario (*Pro hac vice*)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940

ATTORNEYS FOR DEFENDANT

SO ORDERED this _____ day of _____, 2022

_____
UNITED STATES CHIEF DISTRICT JUDGE