IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMSYS SOLUTIONS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-745-RGA |
| | ) | |
| UNIPHORE TECHNOLOGIES INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO**
**STAY PENDING SETTLEMENT**

Plaintiff Comsys Solutions LLC and Defendant Uniphore Technologies Inc. hereby present the Court with a Stipulation to Stay Pending Settlement;

WHEREAS, all matters in controversy between the parties have been settled in principle;

WHEREAS, the parties are in the process of memorializing the terms of a written settlement agreement;

WHEREAS, the parties anticipate that they will be able to complete that process within sixty (60) days;

NOW THEREFORE, the parties hereby stipulate and agree, subject to the approval of the Court, that all deadlines in the case are STAYED until November 1, 2022 while the parties finalize a written settlement agreement and the parties thereafter file a stipulation of dismissal. If the case is not dismissed by November 1, 2022, the parties shall provide the Court with a joint status report.

| | |
|---|---|
| */s/ Jimmy Chong* | */s/ Andrew E. Russell* |
| Jimmy Chong (No. 4839) | Karen E. Keller (No. 4489) |
| CHONG LAW FIRM PA | Andrew E. Russell (No. 5382) |
| 2961 Centerville Road, Suite 350 | SHAW KELLER LLP |
| Wilmington, DE 19808 | I.M. Pei Building |
| (302) 999-9480 | 1105 N. Market St. |
| chong@chonglawfirm.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 298-0700 |
| | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| Dated: September 8, 2022 | *Attorneys for Defendant* |

SO ORDERED this   8th   day of    September   , 2022.

/s/ Richard G. Andrews<br>United States District Judge