**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **COMSYS SOLUTIONS LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**UNIPHORE TECHNOLOGIES INC.,**<br><br>    Defendant. | Civil Action No.: 1:22-cv-00745-RGA |

## JOINT MOTION TO DIMISS

Now come Plaintiff, Comsys Solutions LLC, and Defendant, Uniphore Technologies Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby move this Court to dismiss all claims against Defendant Uniphore Technologies Inc. WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: September 15, 2022

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: Howard.Wernow@sswip.com

ATTORNEYS FOR PLAINTIFF

SHAW KELLER LLP

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
I.M. Pei Buildi
1105 North Market Street – 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 298-0700
Email: kkeller@shawkeller.com
Email: arussell@shawkeller.com

Matthew S. Warren (*Pro hac vice*)
Erika Warren (*Pro hac vice*)
Francesca M.S. Germinario (*Pro hac vice*)
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California 94114
Telephone: (415) 895-2940

ATTORNEYS FOR DEFENDANT

SO ORDERED this _____ day of _____, 2022

_____
UNITED STATES CHIEF DISTRICT JUDGE